UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY DEVAULT, an individual,  )   No. C-07-0297 SC
                              )
            Plaintiff,        )
                              )   ORDER STAYING ACTION
     v.                       )
                              )
ORTHO-MCNEIL PHARMACEUTICALS, )
et al.,                       )
                              )
            Defendants.       )
_____)

On February 22, 2007, the Judicial Panel on Multidistrict Litigation issued Conditional Transfer Order Number 31 in MDL-1742 - In Re Orth Evra Products Liability Litigation, listing the instant action among those to be transferred. See Docket No. 14, Ex. A. Notices of Opposition to the transfer were to be filed on or before March 9, 2007. Id. It appears that Plaintiff did not timely file such opposition. See Docket No. 14.

In the interest of judicial efficiency, the Court STAYS the instant action and all pending motions before it. The stay will remain in effect until the conditional transfer is finalized or rejected.

IT IS SO ORDERED.

Dated: March 14, 2007

_____
UNITED STATES DISTRICT JUDGE